IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DERRICK L. CARROLL, #479-512 | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO.: PX-20-2110 |
| WARDEN FRIDAY, *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Brian E. Frosh, Attorney General of Maryland and Stephanie Lane-Weber, Assistant Attorney General, on behalf of the Office of the Attorney General as an Interested Party, in the above captioned case. Service is not accepted by this office on the named Defendants.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
STEPHANIE LANE-WEBER
Assistant Attorney General
Federal Bar No. 00023

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland   21202
(410) 576-6340 (Telephone)
(410) 576-6880 (Telefax)
E-mail: slaneweber@oag.state.md.us

Attorneys for the
Office of the Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2020, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to:

Derrick L. Carroll, #479-901
North Branch Correctional Institution
14100 McMullen Highway, S.W.
Cumberland, Maryland 21502

>                         /s/
> STEPHANIE LANE-WEBER
> Assistant Attorney General