# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk
Catherine M. Stavlas, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

November 20, 2020

8:20-cv-02110-PX
Carroll v. Warden Friday et al

Brenda Marvin
North Branch Correctional Institution
14100 McMullen Highway, S.W.
Cumberland, Maryland 21502

Dear Litigation Coordinator:

You have received an electronic link to a complaint and any related documents for each of the defendants listed on the next page, and an Order which requires you to inform this Court as to whether you are accepting or refusing services on behalf of these defendants.

Please inform this Court within twenty-one (21) days from the date of this letter by placing the date in the applicable space on the next page and returning a copy of this letter to the Clerk of the Court, United States District Court, 6500 Cherrywood Lane, Greenbelt, MD 20770, and to Assistant Attorney Stephanie Lane-Weber, Correctional Litigation Unit, 200 St. Paul Place, Baltimore, MD 21202.

In the event you have any questions of this court, or if the pleadings you receive are incomplete, please contact the Deputy Clerk at (410) 962-2600.

Your anticipated cooperation will help to expedite service of process and the progress of civil cases in this Court.

Sincerely,
FELICIA C. CANNON, CLERK

By: Y. Barnett
Deputy Clerk

Accepted and Received by:

*Brenda Marvin* 12-3-20
Litigation Coordinator

RE: Civil Action No. 8:20-cv-02110-PX

| DEFENDANTS | DATE ACCEPTED | DATE REFUSED |
|---|---|---|
| Warden Friday | | 12-3-20 |
| Chaplain Rabbi Rachmiel Tobesman | | 12-3-20 |
| Acting Warden Orlando Johnson | | 12-3-20 |
| Assistant Warden Briscoe | | 12-3-20 |
| Acting Warden Jeff Nines | 12-3-20 | |
| Lt. Whiteman | 12-3-20 | |
| Case Manager Mrs. Harris | | 12-3-20 |
| Case Manager B. Hoffman | 12-3-20 | |