**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

DERRICK L. CARROLL                    *

        Plaintiff,                    *

    v.                                          *          Civil Action No. PX 20-2110

WARDEN FRIDAY, *et. al*                *

        Defendant.                    *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION FOR EXTENSION OF TIME**

Defendants, Bryan Hoffman, Jeffrey Nines, Vaughn Whiteman, Harris, Acting Warden Orlando Johnson, and Assistant Warden Briscoe, by and through their attorneys Brian E. Frosh, Attorney General, and Sharon E. Conners, Assistant Attorney General, move, pursuant to Fed.R.Civ.P. 6(b)(1)(A), for an extension of time to and including March 22, 2021, to file a response to the complaint filed in the above-captioned case for the following reasons:

1.     Defendants' response is presently due on January 19, 2021.

2.     Although certain information and materials relating to the complaint herein have now been received by undersigned counsel, it is necessary to obtain additional documents including declarations, so that Defendants can prepare and file an appropriately detailed response.

3.     Due to the ongoing COVID-19 pandemic, document processing times are being impacted.

4.     As a result, an additional sixty-day (60) period to and including March 22, 2021, within which to respond to the Complaint should be sufficient to prepare Defendants' initial pleadings.

5.     This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for Defendants to file a response in the instant case on or before March 22, 2021.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
SHARON E. CONNERS
Assistant Attorney General
Federal Bar No. 30166

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(410) 339-7346 (Telephone)
(410) 576-6880 (Telefax)
E-mail: Sharon.conners@maryland.gov
Attorneys for the
Office of the Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2021, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to:

Derrick L. Carroll, #287901
North Branch Correctional Institution
14100 McMullen Highway, SW
Cumberland, MD 21502

_____/s/_____
Sharon E. Conners
Assistant Attorney General