# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DERRICK L. CARROLL, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. PX-20-2110 |
| WARDEN FRIDAY, *et al.*, | * | |
| Defendants | * | |
| | *** | |

## **ORDER**

Pending is a Motion for Extension of Time filed by defendants Bryan Hoffman, Jeffrey Nines, Vaughn Whiteman, Harris, Acting Warden Orlando Johnson, and Assistant Warden Briscoe, without a separate proposed order. ECF No. 20. The motion shall be granted. Counsel is reminded that pursuant to standing Order, a separate proposed Order shall accompany a Motion for Extension of Time in all prisoner civil rights and habeas corpus cases. *See In Re: Proposed Orders in Prisoner Cases*, Misc. No. 00-308 (D. Md. 2013).

Accordingly, it is this 21st day of January, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendants' Motion for Extension of Time (ECF No. 20) IS GRANTED to and including March 22, 2021; and
2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff and to counsel.

/S/
Paula Xinis
United States District Judge