IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DERRICK L. CARROLL | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX 20-2110 |
| WARDEN FRIDAY, *et. al* | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendants Bryan Hoffman, Jeffrey Nines, Vaughn Whiteman, Bettie Harris, Rachmiel Tobesman[1], Acting Warden Orlando Johnson, and Assistant Warden Briscoe, by and through their attorneys Brian E. Frosh, Attorney General, and Sharon E. Conners, Assistant Attorney General, hereby file this Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6), or in the alternative, for Summary Judgment, pursuant to Fed.R.Civ.P. 56.

1. On November 16, 2021, Plaintiff filed an Amended Complaint alleging constitutional violations by Defendants.

2. Plaintiff has failed to state a claim upon which relief can be granted.

3. Defendants are entitled to Eleventh Amendment Immunity.

4. Plaintiff failed to exhaust administrative remedies.

5. Defendants incorporate by reference the Memorandum in Support of this Motion, filed contemporaneously with this Motion.

---

[1] Rabbi Rachmiel Tobesman was identified as a defendant in Plaintiff's Initial Complaint but not in the subsequently filed Amended Complaint. Defendants take the position that the Amended Complaint supersedes the Initial Complaint. However, to the extent the Court interprets Plaintiff's Amended Complaint as a Supplement to the previous filing, this Motion is also made on behalf of Chaplain Tobesman.

1

WHEREFORE, for the reasons set forth in more detail in the Memorandum of Law incorporated herein, and filed contemporaneously herewith, Defendants respectfully requests that this Court:

A. Dismiss Plaintiff's Complaint; or in the alternative

B. Grant Summary Judgment in Defendants' favor.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/
SHARON E. CONNERS
Assistant Attorney General
Federal Bar No. 30166
Office of the Attorney General
Department of Public Safety and
Correctional Services
300 E. Joppa Road, Suite 1000
Towson, Maryland 21286
T: (410) 339-7346; F: (410) 764-5366
E-mail:  Sharon.Conners@maryland.gov
Attorney for Defendants

E-Filed:  March 22, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2021, a copy of the foregoing Motion to Dismiss or, in the Alternative, for Summary Judgment, and Memorandum of Law, will be sent via first class mail, within 24 hours of filing, to:

Derrick Carroll, #479512
North Branch Correctional Institution
14100 McMullen Highway SW
Cuumberland, Maryland 21502
*Pro Se Plaintiff*

/s/
SHARON E. CONNERS
Assistant Attorney General
