IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DERRICK L. CARROLL                    *

    Plaintiff,                          *

v.                                    *       Civil No. 20-cv-02110-PX

WARDEN FRIDAY, *et. al*               *

    Defendants.                         *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## DECLARATION

I, Chaplain Rachmiel Tobesman, a Chaplain within the Division of Correction, am over the age of 18, and competent to make the following Declaration based on my personal knowledge. I hereby affirm under the penalties of perjury as follows:

1. I am currently the Administrative Chaplain at Central Maryland Correctional Facility ("CMCF"), and the Rabbinic Advisor to the Department of Public Safety and Correctional Services ("DPSCS"). In that positon, I oversee all Religious Diet Program (RDP) state-wide. I have worked for DPSCS since 2013. I am also a Rabbi.

2. I have reviewed Plaintiffs' Complaint in this matter and am familiar with the allegations contained therein.

3. When an inmate enters the Division of Correction, he is asked to complete religious affiliation paperwork. In his Amended Complaint, Plaintiff claims that he was denied a kosher diet as required for him to practice his religion.

4. Before an inmate may receive a Kosher diet, the inmate first completes the Religious Diet Application Form. I then review the application form, and interview the inmate regarding his understanding of the Kosher diet to confirm the inmate is in fact entitled to receive the

1

Exhibit 3

Kosher diet. The inmate need not provide elaborate detail regarding the Kosher diet, but must express a rudimentary level of understanding to be entitled to receive such a meal.

5. In Plaintiff's Religious Diet Application Form, the information he provided demonstrated that he was not eligible to receive a Kosher diet. Specifically, he did not express a sufficient understanding of the kosher diet, and the information provided was confusing, unverifiable, and not within the beliefs of the faith groups that are eligible to receive a kosher diet.

6. In fact, Plaintiff claimed to be a "Benammi Jew from the lost tribe of Judah." This is not part of Jewish belief.

7. In further attempt to verify Plaintiff's claimed religious affiliation, the Urantia Foundation was listed on the Religious Diet Application as a supporting contact. However, Urantia Foundation was contacted and confirmed that they are a Christian-based faith. The basis of the Urantia belief system is The Urantia Book. More than one-third of this book is devoted to the narrative of the life and teachings of Jesus, and the Judeo-Christian tradition is given an importance exceeding any other. This is not a Jewish belief.

8. Plaintiff further claimed to be Jewish by birth, which could not be verified.

9. Overall, Plaintiff's Religious Diet Application reflected that Plaintiff's beliefs are similar to Christianity, and has no requirement to keep a kosher diet. Accordingly, on June 10, 2020 Plaintiff's Religious Diet Application was denied per COMAR 12.03.02.04C(4): Plaintiff falsified information, and COMAR 12.03.02.04C(6) and (7): shall decide based on all information available and considered to approve or deny the inmate's application; and shall document the decision to approve or deny the inmate's request to participate on the Religious Diet Plan.

Exhibit 3

10. Plaintiff's RDP Application was again rejected on December 8, 2020 after Plaintiff was again unable to demonstrate a sufficient understanding of kosher, and provided only confusing and unverifiable information in his RDP Application.

11. Though Plaintiff did not identify on his Religious Diet Application that he was a previous participant in the Department of Public Safety and Correctional Services ("DPSCS") kosher program, records are reviewed as a matter of procedure. Upon review of such records, it was confirmed that there is no record of Plaintiff ever having participated in the DPSCS Religious Diet Program at any facility in DPSCS.

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

9 March 2021
Date

_____
Chaplain Rachmiel V. Tobesman

Exhibit 3