IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DERRICK L. CARROLL | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX 20-2110 |
| WARDEN FRIDAY, *et. al* | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION**

I, Robin Woolford, Deputy Director of the Inmate Grievance Office, am over the age of 18, and competent to make the following Declaration based on my personal knowledge. I hereby affirm under the penalties of perjury as follows:

1. I am the Deputy Director of the Inmate Grievance Office ("IGO") of the Maryland Department of Public Safety and Correctional Services. I am the custodian of the IGO's records.

2. Serving in the capacity of Deputy Director, I am familiar with Maryland's statutory inmate grievance process, the record maintenance practices of the IGO, and I am the custodian of records.

3. The Office of the Attorney General has requested that I determine whether Derrick Carroll, has filed any grievances with the IGO from the period of 2017 – present.

4. I have reviewed the records of the IGO, and can confirm that Maryland inmate Derrick Carroll has not filed any grievances with the IGO during that time period.

I have read the above statements and based upon personal knowledge, hereby declare under the penalty of perjury that they are true and correct.

March 17, 2021  
Date

_____  
Robin Woolford, Deputy Director, IGO