3/22/2021                                                                 Maryland Judiciary Case Search Results

   # Maryland Judiciary Case Search Results   

## Search Again

**Last Name:** CARROLL | **First Name:** DERRICK | **Filing Date Range:** 1/1/2020 to 12/31/2020

5 items found, displaying all items.
1

Note: Initial Sort is by Last Name. Sorting by other columns is available by clicking on the desired column header. Secondary sort is always Case Number.    (0.025 seconds)

| Case Number | Name | Date of Birth | Party Type | Court | Case Type | Case Status | Filing Date | Case Caption |
|---|---|---|---|---|---|---|---|---|
| C02JG20006117 | Carroll, Derrick D. | | AKA | Anne Arundel County Circuit Court | DCL | CLOSED | 06/08/2020 | MIDLAND FUNDING vs. DERRICK CARROLL |
| C02JG20000497 | Carroll, Derrick D | | Defendant | Anne Arundel County Circuit Court | MSTL | CLOSED | 01/15/2020 | Comptroller of Maryland - Annapolis vs. Derrick Carroll |
| C07FM20000448 | Carroll, Derrick Lamonte | 06/1989 | Plaintiff | Cecil County Circuit Court | NCA | Closed | 06/30/2020 | In the Matter of Derrick Lamonte Carroll |
| 38Y0QZ3 | Carroll, Derrick Marshall | 01/1984 | Defendant | Saint Mary's County District Court | TR | Open | 09/24/2020 | |
| C02JG20006117 | Carroll, Derrick | | Defendant | Anne Arundel County Circuit Court | DCL | CLOSED | 06/08/2020 | MIDLAND FUNDING vs. DERRICK CARROLL |

CaseSearch will only display results for cases that exist and for which the case's existence or a person's identity is not protected information under the Maryland Rules on Access to Court Records.

5 items found, displaying all items.
1

Export options:   CSV  |   Excel  |   XML

## Frequently Asked Questions

Copyright © 2021 Maryland Judiciary. All rights reserved. Terms of Use/Disclaimer

Exhibit 5